UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:    USDC SDNY
:    DOCUMENT
:    ELECTRONICALLY FILED
:    DOC #: _____
:    DATE FILED: 8/11/2023

WEILIAN SHEN, *also known as Wei Lian Shen*,
*also known as Gao Ai Wei, also known as Ah Wei,*

                         Plaintiff,

-v -

UNITED STATES OF AMERICA,

                         Defendant.

1:22-cv-8014-GHW

ORDER

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 11, 2023, the U.S. Court of Appeals for the Second Circuit decided *Farhane v. United States*, No. 20-1666 (2d Cir. Aug. 11, 2023). The parties are directed to submit supplemental briefing, of no more than ten pages, addressing the *Farhane* decision and its impact on the petition for writ of error *coram nobis*. This briefing is due no later than September 1, 2023.

       SO ORDERED.

Dated: August 11, 2023
        New York, New York

                                                  _____
                                                       GREGORY H. WOODS
                                                      United States District Judge