USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
WEILIAN SHEN, *also known as* WEI LIAN SHEN, :
*also known as* GAO AI WEI, *also known as* AH WEI, :
:                                1:22-cv-8014-GHW
Plaintiff, :
:                                     ORDER
-v - :
:
UNITED STATES, :
:
Defendant. :
X
---------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

    The Court will hold an evidentiary hearing in this case on December 22, 2023 at 9:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  Because of the Court's trial schedule, the Court is unable to accommodate an earlier date at this time.  The Court will attempt to notify the parties should an earlier date become available.

    SO ORDERED.

Dated: August 15, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge