**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
WEILIAN SHEN, a/k/a Wei Lian Shen, a/k/a Gao Ai Wei, a/k/a "Ah Wei,"

                          Petitioner,

-against-                                      22 **CIVIL** 8014 (GHW)
                                                      4 **CR** 1205-23 (BSJ)

                                                            **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,

                        Respondent.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 25, 2024, the bar for succeeding on a writ of coram nobis is a high one. Ms. Shen has not met the test here, in large part because the Court does not credit her account of the facts upon which her Petition is predicated. As a result, Ms. Shen's Petition is DENIED. Judgment is entered for the United States; accordingly, case 22cv8014 is closed.

**Dated:**  New York, New York
         April 26, 2024

                                                         **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                       **BY:**      *K. Mango*

                                                            **Deputy Clerk**